**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-40047 |
| William Crudden | ) | CHAPTER 13 |
| Elizabeth Crudden | **)** | |
| Debtors | ) | |

**MODIFICATION OF PLAN**

Come now the Debtors, by their attorney, Harry J. Zembillas, and propose the following modification to their plan:

Debtors have paid a total of $69,088 through November 30, 2020. This shall constitute all payments through November 20, 2020. Beginning with the payment due December 2020, Debtors shall pay Debtors shall pay $1,500 per month starting with their December 2020 payment and continue to pay $1,500 per month through the end of the plan term of 60 months, with a zero divident to unsecured creditors.

All other plan terms remain unchanged.

                    Respectfully submitted
**by:**   **/s/ HARRY ZEMBILLAS**
                    **Harry Zembillas, #20442-45**
                    **301 South Main Street**
                    **Crown Point, IN 46307**
                    **Attorney for Debtors**